**Alan VINEYARD, Plaintiff/Appellant,**

v.

**HLC PROPERTIES, INC., d/b/a Clark Properties, Defendant/Respondent.**

### No. ED 80340.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 29, 2002.

Application for Transfer Denied
Sept. 24, 2002.

J. Michael Weilmuenster, Belleville, IL, for appellant.

James Whaley, T. Michael Ward, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Plaintiff, Alan Vineyard, brought an action for injuries he suffered while performing work on a roof and he appeals from the trial court's grant of summary judgment in favor of HLC Properties, Inc. d/b/a Clark Properties. No error of law appears and an opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).